

*previously faxed*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 22 2001

DAVID J. MALAND, CLERK
BY
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

Michael N. Milby, Clerk                     P.O. Box 61010
                                            Houston, Texas 77208

Date:   February 22, 2001

1:01cr 31-3

To:     Eastern District of Texas - Beaumont

From:   Linda Gonzales, Case Manager for Magistrate Judge Johnson
        713-250-5534

*Rule 40 Documents*

Re:  District of Arrest Case No: CR-H01-208M
     Charging Distrit Case No: 1:01CR-31 -3

          USA  V.  JOSEPH FRANKLIN SMITH, JR.

*The following matters were resolved in this district:*

   **Appointment of Counsel:** __FPDO_____

   **ID/Detention Hearings:** __ID/Detention waived._____

   **Probable Cause Hearings:** _____

   **Bond Set :** __no_____
   (any case deposited in the Registry will be forwarded under separate cover)
   **Surrendered Passport** _____

   **Commitment Order to another district:** __Yes_____

**Additional Comments:** __Wishes detention hearing to be held in charging district.__
_____

*Please acknowledge receipt of documents by stamping date of receipt on the enclosed copy of letter and returning in the self-addressed envelope provided.*

cc: Finance Section (if cash deposited in the Registry of the Court)

3                                                            000009

77magin.cr (11/22/91)

## COURTROOM MINUTES:

- [✓] INITIAL APPEARANCE
- [ ] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 2-16-01
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales

OPEN: 11:50   ADJOURN: 11:50

- [✓] ERO/Tape No: _____
- [✓] Other District [ ] Division  E.D. of TX - Beaumont
- INTERPRETER PRESENT [✓] No [ ] Yes _____   Case No. _____

CRIMINAL NO. H01-208 M   DEFT No. _____   USDJ _____

UNITED STATES OF AMERICA   §   Cedric Joubert, AUSA
vs   §   [✓] kgaddatty.
Joseph Franklin Smith   §
   §
   §
   §
   §

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [✓] kars..... Date of arrest: 2-16-01   or [✓] karsr40
- [✓] kia..... Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [✓] ....... [ ] Deft [ ] MW [ ] _____ appeared [ ] with [✓] without counsel.
- [ ] ....... Requests appointed counsel.
- [ ] kfinaff... FINANCIAL AFFIDAVIT executed.
- [ ] koapptpd.. Order appointing Federal Public Defender.
- [ ] k20appt... Private Counsel appointed, _____
- [✓] ....... Deft advises he will retain counsel. He retained _____
- [ ] ko.(bnd.). Bond [ ] set $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] ....... Surety signatures required _____, _____.
- [ ] kodtn.... No bond set at this time, 10 day DETENTION ORDER entered.
- [✓] kodtn.... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] kodtn.... ORDER OF DETENTION PENDING TRIAL entered.
- [ ] kocondrls. Deft advised of conditions of release.
- [ ] kbnd.... BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [✓] kloc.(LC) [✓] Deft [ ] MW REMANDED to CUSTODY.
- [ ] ko...... Deft ORDERED REMOVED to Originating District.
- [ ] kwvprl... WAIVER of [ ] Preliminary   WAIVER of [ ] Detention   [ ] kwvr40hrg.... Waiver of Rule 40 Hearing
- [ ] ....... Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] karr.... Arraignment set _____   [✓] kdtnhrg. Detention Hearing set 2-21-01  2:00
- [ ] kprlxm... Preliminary set _____   [ ] kbndhrg. Bond Hearing set _____
- [✓] krmknn... Counsel Determination Hearing set 2-20-00  2:00
- [✓] krmvhrg.. Identity/Removal Hearing set 2-21-01  2:00
- [ ] ....... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- [ ] ....... See reverse for additional proceedings and attorneys addresses.

000010

AO 470 (8/85) Order of Temporary Detention

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 16 2001
Michael N. Milby, Clerk of Court

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Joseph Franklin Smith
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: H01-208

Upon motion of the _____ GOVERNMENT _____, it is ORDERED that a detention hearing is set for __2-21-01__ * at __2:00__
                                                              *Date*                *Time*

before _____ NANCY K. JOHNSON _____
                       *Name of Judicial Officer*

_____ HOUSTON, TEXAS _____
                   *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                 *Other Custodial Official*

Date: __2-16-01__

                                                                 *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

000011

77magin.cr (11/22/91)

**COURTROOM MINUTES:**

| | | | |
|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☐ | IDENTITY |
| ☐ | BOND HEARING | ☐ | PRELIMINARY HEARING |
| ☑ | DETENTION HEARING | | |
| ☑ | COUNSEL DETERMINATION HEARING | | |
| ☐ | HEARING CONTINUED ON _____ | | |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
2-20-01
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
ERO/Tape No: M. McCrew ☑
INTERPRETER PRESENT ☑ No ☐ Yes

OPEN: 3:29   ADJOURN: 3:34

☑ Other District  ☐ Division _____
Case No. _____

================================================================

CRIMINAL NO. H 01-208M   DEFT No. _____   USDJ _____

UNITED STATES OF AMERICA         §    Al Balboni, AUSA
vs                               §    ☑ kgaddatty.
Joseph Franklin Smith            §
                                 §
                                 §
                                 §
                                 §
                                 §

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

================================================================

☐ kars. . . . Date of arrest: _____ or ☐ karsr40
☐ kia. . . . Deft first appearance. Deft advised of rights/charges ☐ Probation violator
☑ . . . . . ☐ Deft ☐ MW ☐ _____ appeared ☐ with ☑ without counsel.
☐ . . . . . Requests appointed counsel.
☑ kfinaff. . FINANCIAL AFFIDAVIT executed.
☑ koapptpd. Order appointing Federal Public Defender.
☑ k20appt. . Private Counsel appointed, _____
☐ . . . . . Deft advises he will retain counsel. He retained _____

☐ ko.(bnd.) . Bond ☐ set $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Unsecured
☐ . . . . . Surety signatures required _____ , _____.
☐ kodtn. . . No bond set at this time, 10 day DETENTION ORDER entered.
☐ kodtn. . . ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
☐ kodtn. . . ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls. . Deft advised of conditions of release.
☐ kbnd. . . . BOND EXECUTED, ☐ BOND CONTINUED ( ☐ State Authorities, ☐ INS )
☐ kloc.(LC) . ☐ Deft ☐ MW REMANDED to CUSTODY.
☐ ko. . . . . Deft ORDERED REMOVED to Originating District.

☐ kwvprl. . . WAIVER of ☐ Preliminary   WAIVER of ☐ Detention   ☐ kwvr40hrg. . . . Waiver of Rule 40 Hearing

☐ . . . . . Court finds PROBABLE CAUSE ☐ ID ☐ PC.

☐ karr. . . . Arraignment set _____ ☑ kdtnhrg. Detention Hearing set 2-21-01 ✓
☐ kprlxm. . . Preliminary set _____ ☐ kbndhrg. Bond Hearing set _____
☐ krmknn. . . Counsel Determination Hearing set _____
☑ krmvhrg. . Identity/Removal Hearing set 2-21-01 .
☐ . . . . . Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
☐ . . . . . See reverse for additional proceedings and attorneys addresses.

★ Reimburse 200.00 per month

000012

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____
FOR: UNITED STATES COURTS SOUTHERN DISTRICT TEXAS FILED FEB 20 2001
AT: Michael N. Milby, Clerk of Court

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Joseph Franklin Smith, Jr.

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 01-208M
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT** — N/A
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: Full-Time Student at TSU
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $700.00 — Social Security Benefits; $120 — Father's Insurance - Death Benefit

**CASH**
Have you any cash on hand or money in savings or checking account? ☐ Yes ☑ No  IF YES, state total amount $30

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT: $2,500 — '84 Delta 88 Free & clear

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Lives at home w/ mother.
No Liabilities Reported.
Creditors / Total Debt / Monthly Payt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/16/01

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Joseph F. Smith

000013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
2-20-01
MICHAEL N. MILBY, CLERK
DEPUTY

UNITED STATES OF AMERICA §
§
v. §          CR. H- 01-208M
§
Joseph Franklin Smith §
§

## ORDER APPOINTING COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

If the appointment is made by a magistrate and the case subsequently proceeds to U.S. District Court, the appointment shall remain in effect until terminated or substitute attorney is appointed.

Date: 2-20-01

_____
UNITED STATES MAGISTRATE JUDGE
or BY ORDER OF THE COURT

Deputy Clerk

000014

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　§　　Crim. No. H- 01-208M
                              §
Joseph Franklin Smith, Jr.    §
                              §

## ORDER FOR PARTIAL REIMBURSEMENT OF COURT APPOINTED COUNSEL

Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. At the same time, the Court feels that the Defendant is able to make financial contribution towards his/her legal representation. It is, therefore,

ORDERED that Defendant pay $200.00 per month, in the form of a money order or cashier's check, made payable to **Clerk, U.S. District Court**. Such payment shall be mailed to **U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208** on or before the 20th day of each month.

Alternatively, Defendant is Ordered to make a one-time payment in the amount of $_____ which shall be forwarded to the above address within 30 days after entry of this Order.

Date: 2-20-01

　　　　　　　　　　　　　　　　　　　Nancy K. Johnson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Criminal\F-FinAff.CJA

000015

77magin.cr (11/22/91)

## COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [x] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED  2-21-01
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
OPEN: 2:05  ADJOURN: 2:07

[x] ERO/Tape No: J. Schon
[x] Other District [ ] Division  E.D.TX. Beaumont
INTERPRETER PRESENT [ ] No [ ] Yes _____  Case No. _____

CRIMINAL NO. H-01-208m  DEFT No. _____  USDJ _____

UNITED STATES OF AMERICA §
vs
Joseph Franklin Smith §
§
§
§
§
§

Al Belloni, AUSA
[x] kgaddatty.
OMAR JOHANSSON  F

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] kars . . . . Date of arrest: _____ or [x] karsr40
- [ ] kia . . . . Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [x] . . . . . . [x] Deft [ ] MW [ ] _____ appeared [x] with [ ] without counsel.
- [ ] . . . . . . Requests appointed counsel.
- [ ] kfinaff . . FINANCIAL AFFIDAVIT executed.
- [ ] koapptpd . Order appointing Federal Public Defender.
- [ ] k20appt . Private Counsel appointed, _____
- [ ] . . . . . . Deft advises he will retain counsel. He retained _____
- [ ] ko.(bnd.) . Bond [ ] set $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR for [ ] Unsecured
- [ ] . . . . . . Surety signatures required _____, _____.
- [ ] kodtn . . . No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] kodtn . . . ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] kodtn . . . ORDER OF DETENTION PENDING TRIAL entered.
- [ ] kocondrls . Deft advised of conditions of release.
- [ ] kbnd . . . BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [x] kloc.(LC) [x] Deft [ ] MW REMANDED to CUSTODY.
- [x] ko . . . . Deft ORDERED REMOVED to Originating District. *only in this district*
- [ ] kwvprl . . WAIVER of [ ] Preliminary  WAIVER of [x] Detention  [x] kwvr40hrg . . . . Waiver of Rule 40 Hearing
- [ ] . . . . . . Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] karr . . . Arraignment set _____  [ ] kdtnhrg . Detention Hearing set _____
- [ ] kprlxm . . Preliminary set _____  [ ] kbndhrg . Bond Hearing set _____
- [ ] krmknn . . Counsel Determination Hearing set _____
- [ ] krmvhrg . Identity/Removal Hearing set _____.
- [ ] . . . . . . Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- [ ] . . . . . . See reverse for additional proceedings and attorneys addresses.

000016

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 21 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
§
§
versus §      CRIMINAL ACTION NO. H01-208M
§
Joseph Smith §
§
§
Defendant. §

### WAIVER OF DETENTION HEARING
### IN DISTRICT OF ARREST

Defendant, who is subject to removal to another district for prosecution, after being advised of his right to an immediate detention hearing in this district, including the right to present evidence, call witnesses, cross-examine the government's witnesses, proffer testimony and assert reasons why he should not be detained, elects to waive this right.

Defendant elects to have the detention hearing held in the district of prosecution upon his removal to that district.

Dated: 21 Feb 01.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

000017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
2-21-01
MICHAEL N. MILBY, CLERK
BY DEPUTY

UNITED STATES OF AMERICA

v.

Joseph Smith

WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

CASE NUMBER: CR-H01-208M

I, Joseph Smith, understand that in the Eastern District of Texas, charges are pending alleging violation of 18 USC 371; 1951, 2; 92 (c) + 2; 2119 and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charges and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

(✓) identity hearing but request a preliminary examination & detention hearing be held in the prosecuting district

( ) invoke my right to have a hearing on the government's motion for detention but ask that it be held in the prosecuting district. I understand that this request may result in a delay of that hearing and I ask the court to find that good cause exists to extend the time allowed for that hearing.

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_____
Defense Counsel

21 Feb 01
Date

000018

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
v.
Joseph Franklin Smith, JR.

**COMMITMENT TO ANOTHER DISTRICT**

United States
Southern District Court
District of Texas
FEB 21 2001
Michael N. Milby, Clerk

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| CR-H01-208M | 1:01-CR-31 | CR-H01-208M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE**   E.D. TX - Beaumont

**DESCRIPTION OF CHARGES:**
conspiracy to affect commerce by robbery
use of firearm

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☑ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-21-01
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

000010