# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Beaumont Division

UNITED STATES OF AMERICA

v.

JOSEPH FRANKLIN SMITH
121 Owens; Houston, TX

# WARRANT FOR ARREST

Case Number 1:01cr31-3

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, **JOSEPH FRANKLIN SMITH**, and bring him or her forthwith to the nearest magistrate to answer a(n)

**INDICTMENT (Sealed)**

charging him or her with (brief description of offense)

Conspiracy to affect commerce by robbery
Robbery, aid & abet
Using a firearm during a crime of violence, aid & abet
Motor vehicle theft - carjacking

in violation of Title(s) **18** United States Code, Section(s) **371; 1951 and 2; 924(c) and 2; 2119**.

| | |
|---|---|
| DAVID J. MALAND | CLERK OF COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | FEB -9 2001    Beaumont, TX |
| Signature of Issuing Officer (Deputy Clerk) | Date and Location |

Bail fixed at $ _____    by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Houston, TX by USMS

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 2-9-01 | Eugene Rachal DUSM | [signature] Eugene Rachal |
| Date of Arrest 2-16-01 | | |

000020