| | |
|---|---|
| DATE 03/15/01 | CASE NUMBER 1:01cr31-3 |
| LOCATION Beaumont | |
| JUDGE Earl S. Hines | USA Tracey Batson — ras Assigned / Appeared |
| DEPUTY CLERK Tonya Piper | VS Same |
| RPTR/ECRO Adele McMillan | |
| TAPE # B E | FILED M. March 15, 2001 |
| USPO Adam Graves / ~~Mark Goforth~~ | JOSEPH FRANKLIN SMITH DAVID J. MALAND, CLERK |
| INTERPRETER | Defendant: Denise Benson   By: [signature] DEPUTY |
| BEGIN 1:18 pm | U.S. DISTRICT COURT |
| | Attorney |

- ☐ kia . . . . . INIT APPEARANCE
- ☐ kprlxm. . . PRELIMINARY HRG
- ☐ krmvhrg . . REMOVAL HRG
- ☐ ksia . . . . SUBSEQUENT INIT APPEARANCE ON: _____
- ☑ kdtnhrg. . DETENTION HRG
- ☐ kevidhrg . . EVIDENTIARY HRG
- ☐ kbndhrg . . BOND HRG
- ☐ knbhrg. . NEBBIA HRG
- ☐ other _____

☑ Hearing Held     ☐ Hearing Called
☑ Dft  ☐ Prob violator  ☐ Super Rel violator  appears: ☑ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
Appears on:  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Violation of probation  ☐ Violation of release

- ☐ kwv indi. Dft files Waiver of Indictment;  ☐ Dft advised of right to grand jury consideration
- ☐ kinfo.fel. Information (felony)  ☐ kinfo.misd. . Information (misdemeanor)  ☐ ksl.info . . . Information (sealed)
- ☐ kindiuns. Indictment unsealed  ☐ kinfo.uns. . . Information unsealed  ☐ kcmpuns. . Complaint unsealed
- ☐ kars. . . Date of arrest: _____  or ☐ karsr40. (dist & case #) _____
- ☐ . . . Dft  ☐ advised of charges  ☐ advised of maximum penalties  ☐ advised of right to remain silent;
  ☐ advised of right to counsel  ☐ advised of right to Prel. Hrg.  ☐ advised of right to waive Prel. Hrg.
- ☐ kwvprl. . Waiver of Preliminary Exam/Hearing  ☐ kwvr40hrg. Waiver of Rule 40 Hearings  ☐ Advised of Rule 20
- ☐ kcnsl. . Dft first appearance with counsel  ☐ CJA  ☐ Ret.  ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
- ☐ . . Dft advises the Court that he/she ☐ has counsel who is _____  or, ☐ will hire counsel.
- ☐ . . . . If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
- ☐ . . . Dft Requests appointed counsel, is sworn & examined re: financial status.
- ☐ kfinaff. Financial affidavit executed by dft. The court finds the defendant ☐ able  ☐ unable to employ counsel.
- ☐ k20appt. _____ appointed  ☐ koapptpd. U.S. Pub Defender **Denise Benson / Frank Henderson** appointed
- ☐ kdaddatty _____ Voucher # _____
- ☐ kgmdtn. . Gvt motion for dtn  ☐ kgm . . . Gvt m/cont dtn hrg. ☐ ko. . . . Order granting m/ cont of dtn. hrg.
- ☐ kbnd. . . Dft bond ☐ set ☐ reset to $_____  ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured
- ☐ . . . . . Bond continued ☐ previous bond $_____ type _____  ☐ other case No. _____
- ☐ kocondrls. Order setting conditions of release  ☐ Bond executed, dft released;  ☐ Not executed at this time
- ☐ . . . . . Dft ordered to answer in prosecuting district  ☐ kloc. State Charges
- ☑ kodtn. . . Order of Detention  ☐ kotmpdtn. Temp Detention Pndg Hearing
- ☑ . . . . . Dft remanded to custody of U.S. Marshal;  ☐ ko. Dft ordered removed to Originating District
- ☐ kntchrg.
- ☐ dtnhrgddl. Detention Hrg set for _____  ☐ probhrgddl. Revocation Hrg set for _____
- ☐ arrddl. . Arraignment set for _____  ☐ rmvhrgddl. Removal Hearing set for _____
- ☐ kbndhrg. Bond hrg set for _____  ☐ prlxmddl. Preliminary Exam set for _____
- ☐ . . . . . Court finds probable cause  ☐ exists  ☐ does not exist
- ☐ kdoralm. . Dft motion _____  ☐ koralo. . _____
- ☐ kgoralm. . Gvt motion _____  ☐ koralo. . _____
- ☐ . . . . . Dft failed to appear,  ☐ koralo oral order for arrest warrant;  ☐ bond forfeited
- ☑ kexhlst. . Exhibit List  ☑ kwitlst. . . Witness List  ☑ kminf.

33  Court to enter order of detention

CRIM 92-116   ☐ See reverse/attached for additional proceedings   1:55 pm Adjourn

000033