FILED

A.M. August 27, 20 01

DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:01-CR-31(2&3) |
| | * | |
| KOREY JAWAIN JACKSON and | * | (Hon. Richard Schell) |
| JOSEPH FRANKLIN SMITH | * | |

## GOVERNMENT'S MOTION IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and requests that the Court direct the Defendants, not to mention, refer to, interrogate concerning, or bring to the attention of the jury in any manner, directly or indirectly, any of the following matters without first approaching the bench and obtaining a ruling on their admissibility, for the reason that the mere mention of such matters would be error and would harm or prejudice the right of the Government to a fair trial, and the harm and prejudice created thereby could not completely be cured by an instruction to disregard.

1. Any reference to the fact that the Government has filed a Motion in Limine.

2. Any reference to any Government Witnesses' addiction to any controlled substance.

WHEREFORE, PREMISES CONSIDERED, the United States of America respectfully prays that this Honorable Court GRANT the Government's Motion in Limine.

Respectfully submitted,

WES RIVERS
UNITED STATES ATTORNEY

TRACEY M. BATSON
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was provided to counsel for the Defendants, Mr. Joseph C. Hawthorn, 485 Milam, Beaumont, TX 77701 and Ms. Toni Triplett, 1919 North Loop West, Suite 395, Houston, TX 77018, by mailing same on this 27th day of August, 2001.

TRACEY M. BATSON
ASSISTANT UNITED STATES ATTORNEY