| | |
|---|---|
| DATE 8-30-01 | CASE NUMBER 1:01cr31-2 & 3 |
| LOCATION Beaumont Division | USA Tracey Batson    Assigned |
| JUDGE RICHARD A. SCHELL | VS              Appeared |
| DEPUTY CLERK Angie Bellard | |
| RPTR/ECRO Chris Bickham | KOREY JACKSON AND JOSEPH SMITH |
| TAPE # B E | Defendant |
| USPO | Joseph Hawthorn, Zach Hawthorn, Toni Triplett, Ed O'Suji |
| INTERPRETER | Attorney |
| BEGIN 9:08 a.m. - 12:00 pm. | |

FILED
P.M. Aug. 30 2001
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By _____ DEPUTY

_____4th_____ DAY OF JURY / COURT TRIAL  (JURY circled)

- [ ] ....... Jury Panel Sworn
- [ ] ....... Dft _____ failed to appear   [ ] Koralo. Order for arrest warrant
- [ ] kvdirbgn. Voir dire begins         [ ] kbntrlbgn. Bench trial begins
- [ ] ....... Jury impaneled             [ ] Jury Sworn
- [x] kjytrl.  Jury trial held           [ ] kbntrl... Bench trial held
- [ ] ....... Rule invoked
- [x] .......   [ ] Govt  [x] Dft evidence presented.
- [ ] kdoralm. Dft Jackson Motion for Judgment of Acquittal motion # _____  Koralo. [ ] granted [x] denied
- [ ] kdoralm. Dft Smith Motion for Judgment of Acquittal motion # _____  Koralo. [ ] granted [x] denied
- [ ] ko.(oralo) Oral Order entered on Dft Motion _____
- [ ] kgm.  Govt motion # _____       [ ] granted [ ] denied
- [ ] kgm.  Govt motion # _____       [ ] granted [ ] denied
- [ ] ko.(oralo) Oral Order entered on Govt Motion _____
- [ ] kdoralm. Dft _____ motion # _____  [ ] granted [ ] denied
- [ ] kgoralm. Govt motion # _____    [ ] granted [ ] denied
- Government's [ ] kexhlst.  [ ] kwitlst.
- Defendant's  [ ] kexhlst.  [ ] kwitlst.

- [ ] ....... Evidence concluded  [ ] Final arguments  [ ] kjyinstr.(Jury Instructions) Court's charge to jury
- [ ] ....... Jury deliberating
- [ ] kjynts. Jury Notes # _____ from jury to Court   [ ] kjynts. Jury Notes # _____ from Jury
- [ ] kjyv.   Jury verdict [ ] guilty/cts _____   [ ] not guilty/cts _____
- [ ] kctv.   Court verdict [ ] guilty/cts _____  [ ] not guilty/cts _____
- [ ] ....... Trial ends
- [ ] kodiscl. Order for PSI and disclosure.
- [ ] ksen.   Sentencing set for _____ at _____.
- [ ] kdoralm(rmn)  Dft oral motion to remain on bond pending sentence [ ] granted [ ] denied
- [ ] .......  Bond [ ] continued $ _____ or [ ] revoked
- [ ] kbnd.   Dft bond [ ] set [ ] reset to $ _____ [ ] cash [ ] surety [ ] 10% [ ] PR/unsecured
- [ ] kgoralm(rmd)  Govt oral motion to remand dft to custody pending sentence [ ] granted [ ] denied
- [ ] kloc.(LC)  Dft REMANDED to custody. (only if previously on bond.)
- [x] kminf.  Minutes filed.

000083

8 | CRIM 92-116     [x] See reverse/attached for additional proceedings  1:21pm - 6:38pm Adjourn

CASE NO.   1:01cr31-2 & 3; USA vs. Korey Jackson & Joseph Smith     Page   2
DATE   8-30-01

ADDITIONAL PROCEEDINGS:

9:08 4th day Jury trial held before Judge Schell.  Ms. Batson addressed the Court regarding the testimony of the inmates.  The parties argued over the admission of the testimony.  9:17 The Court will not allow the witness to testify at this time.  Ms. Batson may present case law to the Court.  9:20 Jury brought in.  Ms. Batson calls Stephen Hall to testify.  The Court gave the jury an instruction on testimony from yesterday.  9:22 Witness sworn.  The Court instructed the jury on Mr. Hall's testimony.  9:23 Direct.  9:36 Cross-exam by Ms. Triplett.  9:57 Re-direct by Ms. Batson.  10:04 Re-cross by Ms. Triplett.  10:06 Re-direct by Ms. Batson.  10:07 Re-cross by Ms. Triplett.  10:08 Ms. Batson calls Steven Dixon to testify.  The Court instructed the jury on Mr. Dixon's testimony.  10:10 Witness sworn.  Direct.  10:20 Cross-exam by Ms. Triplett.  10:28 Jury excused to take up matters outside their presence.  Ms. Batson addressed the Court on the testimony of the inmate she will call next.  The Court reviewed the Rule and case laws.  10:48 Mr. Hawthorn requested that he be allowed to put witnesses on the stand out of order.  10:51 Ms. Batson responded with regards to the case law.  The Court reviewed the cases presented by Ms. Batson.  10:56 Mr. Hawthorn responds.  10:57 Ms. Batson responds.  11:00 The Court will not allow the witness of Ms. Batson.  Mr. Hawthorn re-urged to have his witnesses called out of order.  Objection by Ms. Batson.  The Court advised the witnesses.  11:02 Mr. Hawthorn addressed the Court on a specific question to the next witnesses.  11:03 Ms. Batson responded.  11:06 Mr. Hawthorn responds. 11:07 Ms. Batson replies.  11:08 Ms. Batson calls Patrick January to testify (previously sworn).  Jury brought in.  11:10 Direct.  11:13 Govt's exhibit 11 and 16 marked and admitted.  11:15 Govt's exhibit 21 marked and admitted.  11:16 Govt's exhibit 20 marked and admitted.  11:19 Cross-exam by Mr. Hawthorn.  Cross-exam by Ms. Triplett.  11:24 Re-direct by Ms. Batson.  11:26 Govt rests.  Mr. Hawthorn calls Curtis Frame to testify (previously sworn).  Direct.  11:30 Cross-

CASE NO.   1:01cr31-2 & 3; USA vs. Korey Jackson & Joseph Smith   Page  3

DATE  8-30-01

ADDITIONAL PROCEEDINGS:

exam by Ms. Batson of Curtis Frame.  11:31 Re-direct by Mr. Hawthorn.  11:32 Mr. Hawthorn calls Joe Sterling to testify (previously sworn).  Direct.  11:35 Cross-exam by Ms. Batson.  Re-direct by Mr. Hawthorn.  11:37 Jury excused until 1:15 p.m.  11:38 Mr. Hawthorn presents his motion pursuant to Rule 29 for judgment of acquittal.  11:42 Response by Ms. Batson.  11:49 The Court questioned Mr. Hawthorn.  The Court overruled and denied the oral motion by Mr. Hawthorn.  11:51 Ms. Triplett presents her motion pursuant to Rule 29 for judgment of acquittal.  11:54 The Court denied the oral motion by Ms. Triplett.  12:00 Court recessed.  1:21 Mr. Hawthorn calls Sadie Jackson to testify (previously sworn).  Direct.  1:26 Cross-exam by Ms. Batson.  1:39 Re-direct by Mr. Hawthorn.  1:40 Re-cross by Ms. Batson.  1:42 Re-direct by Mr. Hawthorn.  1:44 Mr. Hawthorn calls Evline Davis to testify.  Witness sworn.  Direct.  1:50 Cross-exam by Ms. Batson.  1:57 Mr. Hawthorn calls Harvey Isadore to testify.  Witness sworn.  Direct.  1:59 Deft Jackson's KJ-6 marked and admitted.  2:01 Cross-exam by Ms. Batson.  2:15 Mr. Hawthorn calls Donald Mark to testify.  Witness sworn.  Direct.  2:20 Cross-exam by Ms. Batson.  2:33 Re-direct by Mr. Hawthorn.  2:34 Mr. Hawthorn calls Rev. Ben Breed, Jr. to testify.  Witness sworn.  Direct.  2:37 Cross-exam by Ms. Batson.  2:42 Deft Korey Jackson rests.  Deft Joseph Smith rests.  2:43 Court recessed.  3:00 Court resumed in the presence of the jury.  Ms. Batson announces she does not need any rebuttal.  Government offers exhibit #24.  Mr. Hawthorn makes objections.  3:07 Side bar.  3:14 On the record.  Objection is overruled.  Ms. Batson rest.  3:15 pm Jury recessed for the day.  Instructed to return at 10:00 tomorrow morning.  3:16 Court resumes outside the presence of the jury.  Mr. Hawthorn makes his objections to government exhibit 24.  Court upholds ruling.  Ms. Batson to submit a redacted copy tomorrow.  3:23 Court recessed until 4:30.  5:48 The court went over the jury

CASE NO.  1:01cr31-2 & 3; USA vs. Korey Jackson & Joseph Smith     Page 4

DATE  8-30-01

ADDITIONAL PROCEEDINGS:

instructions with attys.  Court heard objections to the proposed jury instructions. Arguments completed.  Discussions on length of closing arguments.  The court will allow the govmt to have 30 minutes and each dft to have 20 minutes for closing argument.  Discussion and review of faxed cover sheet to exhibit 24 was held.  The court ordered that the fax cover sheet be attached to exhibit.  6:38 adjourned.