IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CIVIL ACTION NO. 1:01cr31 |
| JOSEPH FRANKLIN SMITH | § | |

**ORDER**

Pursuant to 28 U.S.C. § 455, the undersigned is recused from the above-styled cause of action.

SIGNED this 1st day of November, 2016.

_____
Zack Hawthorn
United States Magistrate Judge