# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 1:01CR31 |
| | § | |
| JOSEPH F. SMITH | § | |

### ORDER DENYING DEFENDANT'S MOTION TO ALTER ORDER

Pending before the court is the Defendant's "Motion to Alter Order" (docket entry #238) (originally styled "Motion to Dismiss").  Having considered the motion, the court finds that the motion lacks merit and is hereby **DENIED**.

IT IS SO ORDERED.

**SIGNED this the 15th day of March, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE