RAS

Joseph F. Smith, 97499-019
Med. Cen. Fed. Prisoners
P.O. Box 4000
Springfield, MO. 65801

Date: 04/12/2017

Clerk Office
U.S. District Court
Eastern District of Texas
300 Willow Street, Room 104
Beaumont, Texas 77701-2217



RE: ~~1:06-cv-597~~ 1:01-cr-31-3¹

Dear Madam/Sir:

    I am requesting for a copy of the docket entry on 06/04/2013. The docket sheet number is above. ~~Thank you.~~ Additionally, can I have a copy of local rule CR-55. Thank you.

Sincerely,

/s/ Joseph F. Smith

Joseph F. Smith, 91499-019
Medical Center for Federal Prisoner.
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 659

15 APR 2017 PM 3 L



7770I-221729

CLERK OFFICE
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
300 WILLOW STREET, ROOM 104
BEAUMONT, TEXAS 77701-2217