IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH FRANKLIN SMITH | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv527 |
| UNITED STATES OF AMERICA | § | |

**FINAL JUDGMENT**

The court, having considered Movant's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is **DISMISSED** with prejudice.

**SIGNED this the 31st day of January, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE