IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 1:01-cr-00031 |
| JOSEPH FRANKLIN SMITH | § § § | |

## MOTION TO WITHDRAW AS *PRO HAC VICE* COUNSEL

I, Amanda K. Rogers, was appointed on August 10, 2023, as *pro hac vice* counsel for Mr. Joseph Franklin Smith. Doc. 243. It has been an honor to represent him in the Caritas Clemency Clinic. I am leaving my position at Villanova Law's Clinic and therefore, I respectfully request that the Court grant my motion to withdraw as *pro hac vice* counsel for Mr. Joseph Franklin Smith. Mr. Smith's new attorneys, Steven Tegrar and Ruth Ramjit, have filed their *pro hac vice* notice of appearances in Mr. Smith's case. Doc. 244 & 245.

Respectfully Submitted,

/s/ Amanda K. Rogers
   Amanda K. Rogers, Esq. PA Bar No. 331489, *Pro Hac Vice*
   Caritas Clemency Clinic
   Villanova University Charles Widger School of Law
   299 N. Spring Mill Road
   Villanova, PA 19085
   amanda.rogers@law.villanova