**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | Case No. |
| **v.** | § | 1:01-cr-00031-MAC-CLS-3 |
| | § | |
| **JOSEPH FRANKLIN SMITH,** | § | |
| **Defendant.** | § | |

**DEFENDANT SMITH'S UNOPPOSED MOTION FOR AUTHORIZATION TO FILE**
**OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE**

The Defendant, Joseph F. Smith, through undersigned counsel, respectfully requests

authorization to file an overlength brief in support of his Motion to Reduce Sentence Pursuant to

18 U.S.C. § 3582(c)(1)(A)(i).   Undersigned counsel has conferred with the government regarding

this request and Assistant United States Attorney Joe Batte does not oppose this motion.

Accordingly, Defendant respectfully requests the Court's permission to file an overlength

brief of 29 pages in support of his Motion to Reduce Sentence Pursuant to 18 U.S.C.

§ 3582(c)(1)(A)(i).   The request for an overlength brief is predicated on the novel legal issues

raised in Smith's motion and complex factual record in this case.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:    /s/ *Steven G. Tegrar*

Steven G. Tegrar (*pro hac vice*)
Ruth M. Ramjit (*pro hac vice*)
sgtegrar@debevoise.com
rramjit@debevoise.com
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Fax: (212) 909-6836

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing in the Eastern

District of Texas by using the CM/ECF system.      I certify that all participants in the case are

registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: July 25, 2024                        */s/ Steven G. Tegrar*_____
                                            Steven G. Tegrar (*pro hac vice*)
                                            *Counsel for Joseph F. Smith*

## CERTIFICATE OF CONFERENCE

In accordance with United States District Court for the Eastern District of Texas Local

Rule CR-47(a)(3), the undersigned counsel for Defendant Joseph F. Smith in the

above-captioned case ("Counsel"), hereby certify that Counsel conferred with Assistant U.S.

Attorney Joe Batte on June 10, 2024 and June 12, 2024 and the government is unopposed to the

relief sought by Defendant.


Dated: July 25, 2024

/s/ *Steven G. Tegrar*
Steven G. Tegrar (*pro hac vice*)
Ruth M. Ramjit (*pro hac vice*)
sgtegrar@debevoise.com
rramjit@debevoise.com
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Fax: (212) 909-6836

*Counsel for Joseph F. Smith*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | Case No. |
| **v.** | § | 1:01-cr-00031-MAC-CLS-3 |
| | § | |
| **JOSEPH FRANKLIN SMITH,** | § | |
| **Defendant.** | § | |

**ORDER**

Having considered the foregoing *Defendant Smith's Unopposed Motion For Authorization To File Overlength Brief In Support Of Motion For Compassionate Release*,

IT IS HEREBY ORDERED that the motion is GRANTED.  The clerk's office shall permit the Defendant to file an overlength brief of 29 pages in support of his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

_____

HONORABLE UNITED STATES
DISTRICT JUDGE MARCIA A. CRONE