| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | CASE NO. 1:01-CR-31(3) |
| JOSEPH FRANKLIN SMITH | § | |

**ORDER**

Currently pending is an Unopposed Motion for Leave to File Excess Pages in Support of Motion for Compassionate Release (#247). The motion is meritorious and should be granted. It is, therefore,

ORDERED that the Unopposed Motion for Leave to File Excess Pages in Support of Motion for Compassionate Release (#247) is GRANTED.

SIGNED at Beaumont, Texas, this 5th day of August, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE