| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:01-CR-31(3) |
| | § | |
| JOSEPH FRANKLIN SMITH | § | |

## ORDER

Defendant Joseph Franklin Smith ("Smith"), represented by counsel, filed a Motion to Reduce Sentence (#248).  The court finds that a response from the Government would be instructive.  The Government is ordered to file a response and provide any relevant Bureau of Prison records.  The response and records should be filed no later than September 5, 2024.  The Government is also ordered to file relevant medical records, if any, under seal.

SIGNED at Beaumont, Texas, this 5th day of August, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE