

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

<u>VIA ECF</u>   September 13, 2024

Hon. Marcia A. Crone
U.S. District Court for the Eastern District of Texas
The Jack Brooks Federal Building and U.S. Courthouse
300 Willow Street Suite 239
Beaumont, TX 77701

Re:  *United States v. Joseph F. Smith*, Case No. 1:01-cr-00031-MAC-CLS

Dear Judge Crone,

    We write on behalf of Defendant Joseph F. Smith in connection with Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Motion") in the above captioned matter.  *See* ECF No. 248.  On July 25, 2024, Smith filed his Motion. ECF No. 248.  On August 5, 2024, the Court ordered the Government to file a response and provide any relevant Bureau of Prison records in response to Defendant's Motion by September 5, 2024.  *See* ECF No. 251.

    September 5, 2024 has come and gone, and the Government chose not to file a response to Defendant's Motion.  Accordingly, we respectfully consider Defendant's Motion unopposed and ready for adjudication by this Court.  We are happy to provide any additional documentation that the Court would deem helpful.

    Respectfully Submitted,

    <u>/s/ Steven G. Tegrar</u>
    Steven G. Tegrar (*pro hac vice*)
    Ruth M. Ramjit (*pro hac vice*)
    sgtegrar@debevoise.com
    rramjit@debevoise.com
    66 Hudson Boulevard
    New York, New York 10001
    Telephone: (212) 909-6000
    Fax: (212) 909-6836

    *Counsel for Joseph F. Smith*

www.debevoise.com