IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:01-CR-31 |
| | § | |
| JOSEPH FRANKLIN SMITH | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States hereby designates the following Assistant United States Attorney as counsel in this case and respectfully requests that the same be noted by the Clerk of the Court and that Joseph R. Batte be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney
Texas Bar No. 01918070
550 Fannin, Suite 1250
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 (fax)
email:   joe.batte@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing document was sent via the CM/ECF system to counsel of record.

/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney