**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:01-CR-31(3) |
| | § | |
| JOSEPH FRANKLIN SMITH | § | |

## ORDER

Currently pending is the Government's Unopposed Motion for Extension of Time to File Response to Smith's Motion for Sentence Reduction (#256).  The Government seeks an additional ten-day extension, up to and including, October 10, 2024, to file a response.

The Unopposed Motion for Extension of Time to File Response to Smith's Motion for Sentence Reduction (#256) is GRANTED.  The Response is now due no later than October 10, 2024.

SIGNED at Beaumont, Texas, this 2nd day of October, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE