# **Exhibit A**

```
 BMAA0              *      INMATE DISCIPLINE DATA       *     09-19-2024
PAGE 001            *   CHRONOLOGICAL DISCIPLINARY RECORD   *    09:55:07

REGISTER NO: 97499-079 NAME..: SMITH, JOSEPH FRANKLIN
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-19-2024

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2818046 - MENTAL F   INCIDENT DATE/TIME: 02-19-2016 1045
UDC HEARING DATE/TIME: 02-26-2016 0815
FACL/UDC/CHAIRPERSON.: SPG/MENTL HLTH/HUTCHISON
REPORT REMARKS.......: MHE DETERMINED I/M RESPONSIBLE BUT NOT COMPETENT. RESTOR
                       ATION TO COMPETENCY IS UNKNWN AT THIS TIME.
   CHARGES: 307  REFUSING TO OBEY AN ORDER
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2770734 - SANCTIONED INCIDENT DATE/TIME: 10-09-2015 1330
DHO HEARING DATE/TIME: 11-05-2015 0900          DHO REPT DEL: 11-16-2015 1600
FACL/CHAIRPERSON.....: SPG/NIKES
REPORT REMARKS.......: INMATE ADMITTED TO ASKING STAFF TO TAKE HER CLOTHES OFF
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS OF GOOD CONDUCT TIME
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:    LP COMM 60 DAYS
        LP EMAIL   / 60 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2536635 - MENTAL F   INCIDENT DATE/TIME: 01-12-2014 1915
DHO HEARING DATE/TIME: 02-25-2014 0701
FACL/CHAIRPERSON.....: SPG/NIKES
REPORT REMARKS.......: INMATE FOUND NOT COMPENTENT, NOT RESPONSIBLE BY HIS
                       ORDERING PSYCHIATRIST/PSYCHOLOGY
   CHARGES: 101  ASSAULTING WITH SERIOUS INJURY
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1839861 - SANCTIONED INCIDENT DATE/TIME: 02-16-2009 2010
DHO HEARING DATE/TIME: 03-20-2009 1515
FACL/CHAIRPERSON.....: BUF/TILLEY J
REPORT REMARKS.......: ADMITS TO THE ALTERCATION
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM    SUSPENDED 11-14-2008 1355
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1797147 - SANCTIONED INCIDENT DATE/TIME: 11-05-2008 1214
DHO HEARING DATE/TIME: 11-14-2008 1355
FACL/CHAIRPERSON.....: BUF/R ELSEA
REPORT REMARKS.......: INMATE ADMITTED GUILT.
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
 BMAA0            *       INMATE DISCIPLINE DATA         *      09-19-2024
PAGE 002          *   CHRONOLOGICAL DISCIPLINARY RECORD  *       09:55:07

REGISTER NO: 97499-079 NAME..: SMITH, JOSEPH FRANKLIN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-19-2024

DHO HEARING DATE/TIME: 11-14-2008 1355 REPORT 1797147 CONTINUED
        LP COMM    / 6 MONTHS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 03-20-2009 1515
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1422178 - NOT RESP   INCIDENT DATE/TIME: 01-13-2006 0825
DHO HEARING DATE/TIME: 05-04-2006 1000
FACL/CHAIRPERSON.....: SPG/THOMAS
REPORT REMARKS.......: INMATE SMITH WAS FOUND NOT RESPONSIBLE BY HIS TREATING
                       PSYCHIATRIST
   CHARGES: 101  ASSAULTING WITH SERIOUS INJURY
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1439115 - SANCTIONED INCIDENT DATE/TIME: 02-27-2006 0830
UDC HEARING DATE/TIME: 03-10-2006 1512
FACL/UDC/CHAIRPERSON.: SPG/MENTL HLTH/MILLER
REPORT REMARKS.......: INMATE ADMITTED GUILT - NOTIFIED ON HIS FIFTEEN DAY
                       APPEAL RIGHTS.
    307  REFUSING TO OBEY AN ORDER - FREQ: 2
         LP COMM    / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:     LAW:    LOSS OF COMMISSARY PRIVILEGES FOR THIRTY DAYS -
                           SUSPENDED FOR NINETY DAY PENDING CLEAR CONDUCT.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1410922 - SANCTIONED INCIDENT DATE/TIME: 12-11-2005 0708
DHO HEARING DATE/TIME: 12-16-2005 0944
FACL/CHAIRPERSON.....: BMP/WESTON L
REPORT REMARKS.......: INMATE REFUSED TO APPEAR AT THE DHO HEARING
    110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: ???
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 365 DAYS / CS
         COMP:     LAW:    LOSE VISITING FOR 365 DAYS FROM 12/16/05 TO
                           12/16/06
         LP VISITRS / 365 DAYS / CS
         COMP:     LAW:    365 DAYS OF IMMEDIATE FAM. VISIT ONLY FOLLOWED BY
                           LOSS OF VISITING PRIVILEGES 12/16/06 TO 12/16/07
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1399326 - SANCTIONED INCIDENT DATE/TIME: 11-05-2005 1805
DHO HEARING DATE/TIME: 11-08-2005 1040
FACL/CHAIRPERSON.....: BMP/WESTON L
REPORT REMARKS.......: INMATE REFUSED TO APPEAR AT THE DHO HEARING
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P


 G0002       MORE PAGES TO FOLLOW . . .
```

```
 BMAA0          *        INMATE DISCIPLINE DATA       *      09-19-2024
PAGE 003        *    CHRONOLOGICAL DISCIPLINARY RECORD  *       09:55:07

REGISTER NO: 97499-079 NAME..: SMITH, JOSEPH FRANKLIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-19-2024

DHO HEARING DATE/TIME: 11-08-2005 1040 REPORT 1399326 CONTINUED
        DS         / 30 DAYS / CS
        COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1387492 - SANCTIONED INCIDENT DATE/TIME: 10-01-2005 1010
DHO HEARING DATE/TIME: 10-14-2005 1205
FACL/CHAIRPERSON.....: BMP/WESTON L
REPORT REMARKS.......: ADMITTED SHOVING A FOOD TRAY AT THE OFFICER, DENIED
                       SPITTING IN OFFICER'S FACE
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 60 DAYS / CS
        COMP:     LAW:
        LP COMM    / 365 DAYS / CS
        COMP:     LAW:    NO COMM TO 10-15-06
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1144972 - SANCTIONED INCIDENT DATE/TIME: 09-19-2003 1845
UDC HEARING DATE/TIME: 09-24-2003 1305
FACL/UDC/CHAIRPERSON.: BMP/C/A/HAWTHORN
REPORT REMARKS.......: NONE
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:     LAW:    LOSS 15 DAYS COMMISSARY
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:     LAW:    LOSS 15 DAYS TELEPHONE
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1105903 - SANCTIONED INCIDENT DATE/TIME: 05-20-2003 0830
UDC HEARING DATE/TIME: 05-27-2003 1230
FACL/UDC/CHAIRPERSON.: SPG/MENTL HLTH/CUNNINGHAM
REPORT REMARKS.......: BASED ON THE PHYSICAL EVIDENCE, UDC FINDS SMITH GUILTY.
   405  TATTOOING OR SELF-MUTILATING - FREQ: 1
        CHG QTRS   / CS
        COMP:     LAW:    REMAIN ON WARD RESTRICTION FOR SEVEN DAYS THROUGH
                          6-4-03.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1100050 - SANCTIONED INCIDENT DATE/TIME: 05-01-2003 1220
UDC HEARING DATE/TIME: 05-27-2003 1210
FACL/UDC/CHAIRPERSON.: SPG/FORENSIC/CUNNINGHAM
REPORT REMARKS.......: BASED ON SMITH'S FAILURE TO MAKE A STATEMENT IN HIS OWN
                       BEHALF, UDC FINDS HIM GUILTY.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:     LAW:    LOSS OF COMMISSARY FOR 15 DAYS THROUGH 6-11-03.


G0002        MORE PAGES TO FOLLOW . . .
```

```
 BMAA0            *          INMATE DISCIPLINE DATA         *      09-19-2024
PAGE 004 OF 004  *       CHRONOLOGICAL DISCIPLINARY RECORD  *      09:55:07

REGISTER NO: 97499-079 NAME..: SMITH, JOSEPH FRANKLIN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-19-2024

UDC HEARING DATE/TIME: 05-27-2003 1210 REPORT 1100050 CONTINUED
    313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         LP COMM    / 15 DAYS / CS
         COMP:     LAW:    LOSS OF COMMISSARY FOR 15 DAYS CS TO 312 SANCTIONS
                           THROUGH 6-26-2003.




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```