| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:01-CR-31(3) |
| | § | |
| JOSEPH FRANKLIN SMITH | § | |

**ORDER**

The Motion to Withdraw as *Pro Hac Vice* Counsel (#261) is GRANTED. Attorney Steven G. Tegrar will continue on as counsel for the defendant along with Carter Burewell.

SIGNED at Beaumont, Texas, this 30th day of May, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE